# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANISH PATEL,<br><br>     Plaintiff,<br> vs.<br><br>AMERICAN NATIONAL PROPERTY<br>AND CASUALTY COMPANY,<br><br>     Defendant. | Case No.: 2:18-cv-00667-GMN-GWF<br><br>**ORDER** |

On March 20, 2019, the Court dismissed Manish Patel's ("Plaintiff") claims without prejudice and provided an amended complaint deadline 21 days from the entry of the Order, (ECF No. 12).

Plaintiff has failed to file an amended complaint and the deadline to do so has lapsed. In the Court's Order, Plaintiff was warned that failure to file an amended complaint would result in dismissal of this action.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's case is **DISMISSED without prejudice**.

The Clerk of Court is instructed to close this case and enter judgment accordingly.

**DATED** this ___10___ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court